UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

Funds Chairman, James J. White; Funds Treasurers, Stephen A. Cardi, Michael A. Gammino, III, and Henry Sherlock; THE IUOE LOCAL 57 HEALTH AND WELFARE FUND, Gregory E. Olson and Michael D'Ambra, Trustees; THE IUOE LOCAL 57 PENSION FUND, Edwin L. Sullivan, Jr. and Antonio B. Cardi, Trustees; THE IUOE LOCAL 57 ANNUITY FUND, Timothy E. Quillen and Antonio B. Cardi, Trustees; THE IUOE LOCAL 57 LEGAL SERVICE FUND, Gregory E. Olson and Stephen P. Lynch, Trustees; THE IUOE LOCAL 57 APPRENTICESHIP FUND, Timothy E. Quillen and Brad Bilodeau, Trustees; THE IUOE LOCAL 57 UNION ADMINISTRATION FUND, Timothy E. Quillen, Trustee; THE IUOE LOCAL 57 POLITICAL ACTION AND EDUCATION FUND, Timothy E. Quillen, Trustee; THE IUOE LOCAL 57 INDUSTRY ADVANCEMENT FUND, Michael A. Gammino III, Trustee; and THE IUOE LOCAL 57

*Plaintiffs*,

v.                                                                C.A. No. 1:18-cv-00373

CONSTRUCTION EQUIPMENT RENTALS, INC.

*Defendant*.

---

## DISMISSAL OF CLAIM

Now come the plaintiffs in the above-captioned action and hereby move to dismiss, without prejudice, the above claim pursuant to Rule 41 of the Federal Rules of Civil Procedure.

> The Plaintiffs,
> By their attorney,
>
> */s/Ryan C. Hurley*
> _____
> Ryan C. Hurley (7539)
> Kiernan, Plunkett & Redihan
> 146 Westminster Street, Fifth Floor
> Providence, RI  02903
> *rhurley@kprlaw.com*

Construction Equipment Rentals, Inc.
2229 Plainfield Pike
Johnston, RI 02919

## **CERTIFICATION**

I hereby certify that on November 19, 2018, a copy of the within motion was mailed to the defendant at its principal address and to defendant's registered agent for service at his last known address via regular mail, postage pre-paid and by certified mail return receipt requested.

*/s/Angelica L. Igliozzi*